WILLIAM H. JENKS and another, Appellants, v.
CATHARINE BROWN, Impleaded, Respondent.

*Mechanics' lien — cancellation of contract by owner — effect of, on rights of sub-
contractor.*

The plaintiffs furnished certain materials used by one Phillips, in erecting a build-
ing upon land belonging to the defendant, Brown, and received an order upon
her, which she accepted, to be paid out of the third payment to become
due to the contractor, Phillips. Subsequently, and before the third payment
became due, Phillips and defendant, Brown, canceled the contract. After-
ward plaintiffs, in ignorance of such cancellation, filed a mechanics' lien under
the act of 1862 (p. 947), for the enforcement of which this action was brought.
Upon the trial, the plaintiffs were nonsuited. *Held*, that this was error; it should
have been left to the jury to decide whether the contract was canceled in good
faith, and, if not, how much was due upon it.
*Quære,* whether plaintiffs' lien would be affected by such cancellation.

APPEAL from a judgment in favor of the defendant, entered upon
an order dismissing the plaintiff's complaint.

*John R. Kuhn,* for the appellants.

——————, for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., GILBERT and TAPPEN, JJ.

Judgment reversed and new trial granted, costs to abide the
event.